UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ALICE RIVAS, | No. C 12-05027 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

Plaintiff filed a complaint against Defendants on September 27, 2012. Complaint, ECF No. 1. Under Federal Rule of Civil Procedure 4(m), a plaintiff normally has 120 days from the filing of the complaint to serve the complaint and summons on a defendant. Fed. R. Civ. P. 4(m). This means that in this case Plaintiff had until January 25, 2013 to serve Defendants. Fed. R. Civ. P. 4(m), 6(a)(1)(C). To date, Plaintiff has filed no proof that Defendants have been served. *See generally* Docket.

Accordingly, the court **ORDERS** Plaintiff to show cause why this action should not be dismissed for failure to prosecute. Plaintiff **SHALL** do so by filing a written response no later than Thursday, February 21, 2013. The court **SETS** a show cause hearing for Thursday, March 7, 2013 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

In light of this order, the court **CONTINUES** the initial case management conference, currently

C 12-05027 LB
ORDER TO SHOW CAUSE

set for February 21, 2013, to April 4, 2013 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: February 15, 2013



_____
LAUREL BEELER
United States Magistrate Judge

C 12-05027 LB
ORDER TO SHOW CAUSE

2