1  James P. Keenley (State Bar No. 253106)
2  Emily A. Bolt (State Bar No. 253109)
   BOLT · KEENLEY - ATTORNEYS AT LAW
3  1010 Grayson Street, Suite Two
   Berkeley, California 94710
4  Phone: (510) 225-0696
   Fax: (510) 225-1095
5
6  *Attorneys for Plaintiff*

7                  **IN THE UNITED STATES DISTRICT COURT**
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8                          **SAN FRANCISCO/OAKLAND DIVISION**
9

10 | Alice RIVAS,                              ) Case No.: C12-5027 LB
11 |                                           )
   |        Plaintiff,                         ) [~~PROPOSED~~] **ORDER VACATING**
12 |                                           ) **ORDER TO SHOW CAUSE**
   | v.                                        ) AS MODIFIED BY THE COURT
13 |                                           )
14 | METROPOLITAN LIFE INSURANCE                )
   | COMPANY                                   )
15 |                                           )
   | *and*                                     )
16 |                                           )
17 | SHORT TERM DISABILITY PLAN FOR             )
   | EMPLOYEES OF CAMPBELL SOUP                 )
18 | COMPANY                                   )
19 |                                           )
   |        Defendants.                        )

20
21
22
23
24
25
26
27
28

CASE NO. C 12-5027 (LB)                     1

1  **[~~PROPOSED~~] ORDER GRANTING APPLICATION**

2   Having considered the Plaintiff's submission, and good cause showing, the Court hereby

3  vacates the Order to Show Cause of February 15, 2013 and the March 7, 2013 hearing on that

4  order.

5   The April 4, 2013 case management conference will ~~proceed as scheduled~~ occur at 10:30 a.m. and the parties

6  are directed to file a Joint Case Management Statement on or before March 28, 2013.

7   IT IS SO ORDERED

8   Date: February 19, 2013

    _____
9   Magistrate Judge Laurel Beeler
    United States District Court

CASE NO. C 12-5027 (LB)                    2