1 | James P. Keenley (State Bar No. 253106)
2 | Emily A. Bolt (State Bar No. 253109)
  | BOLT · KEENLEY - ATTORNEYS AT LAW
3 | 1010 Grayson Street, Suite Two
  | Berkeley, California 94710
4 | Phone: (510) 225-0696
  | Fax: (510) 225-1095
5 |
6 | *Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| Alice RIVAS, | Case No.: C12-5027 LB |
| Plaintiff, | **[PROPOSED] ORDER VACATING ORDER TO SHOW CAUSE** |
| v. | AS MODIFIED BY THE COURT |
| METROPOLITAN LIFE INSURANCE COMPANY | |
| *and* | |
| SHORT TERM DISABILITY PLAN FOR EMPLOYEES OF CAMPBELL SOUP COMPANY | |
| Defendants. | |

CASE NO. C 12-5027 (LB)                                1

**[PROPOSED] ORDER GRANTING APPLICATION**

Having considered the Plaintiff's submission, and good cause showing, the Court hereby vacates the Order to Show Cause of February 15, 2013 and the March 7, 2013 hearing on that order.

The April 4, 2013 case management conference will ~~proceed as scheduled~~ occur at 10:30 a.m. and the parties are directed to file a Joint Case Management Statement on or before March 28, 2013.

IT IS SO ORDERED

Date: February 19, 2013



Magistrate Judge Laurel Beeler
United States District Court