1  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sedgwicklaw.com
   MARK J. HANCOCK Bar No. 160662
3  mark.hancock@sedgwicklaw.com
   333 Bush Street, 30th Floor
4  San Francisco, CA  94104
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendants

7

                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA

9  ALICE RIVAS,

10              Plaintiff,                     Case No. C12-5027 WHO

11      v.

12                                             STIPULATION AND ORDER FOR
                                               DISMISSAL WITH PREJUDICE
   METROPOLITAN LIFE INSURANCE
13 COMPANY and SHORT TERM DISABILITY
   PLAN FOR EMPLOYEES OF CAMPBELL
14 SOUP COMPANY,

15              Defendants.

16

17

18          IT IS HEREBY STIPULATED by and between all parties to this action that the above-

19 captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the

20 Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and

21 attorneys' fees.

22          IT IS SO AGREED AND STIPULATED.

23

24 DATED:  September 5, 2013           BOLT – KEENLEY – ATTORNEYS AT LAW

25                                     By /s/ James Keenley (as authorized 9/5/13)_____
26                                          James Keenley
                                            Attorneys for Plaintiff
27

28

SF/2580223v1                                   1
           STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1

2    DATED:  September 5, 2013          SEDGWICK LLP

3                                          By: */s/ Mark J. Hancock*
                                              Rebecca A. Hull
4                                             Mark J. Hancock
                                              Attorneys for Defendants
5

6                                          ORDER

7
         IT IS SO ORDERED.
8

9

10   DATED: September 5, 2013        _____
                                     William H. Orrick
11                                   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF/2580223v1                              2
                 STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE