1  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sedgwicklaw.com
   MARK J. HANCOCK Bar No. 160662
3  mark.hancock@sedgwicklaw.com
   333 Bush Street, 30th Floor
4  San Francisco, CA  94104
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ALICE RIVAS, | |
|---|---|
| Plaintiff, | Case No. C12-5027 WHO |
| v. | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| METROPOLITAN LIFE INSURANCE COMPANY and SHORT TERM DISABILITY PLAN FOR EMPLOYEES OF CAMPBELL SOUP COMPANY, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between all parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

IT IS SO AGREED AND STIPULATED.

DATED:  September 5, 2013           BOLT – KEENLEY – ATTORNEYS AT LAW

                                    By */s/ James Keenley (as authorized 9/5/13)*_____
                                        James Keenley
                                        Attorneys for Plaintiff

SF/2580223v1

1
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

DATED:  September 5, 2013       SEDGWICK LLP

                                By: */s/ Mark J. Hancock*
                                    Rebecca A. Hull
                                    Mark J. Hancock
                                    Attorneys for Defendants

ORDER

IT IS SO ORDERED.

DATED: September 5, 2013        _____
                                William H. Orrick
                                UNITED STATES DISTRICT JUDGE

SF/2580223v1

2
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE